Connor W. Olson (SB# 291493)
Brittany V. Berzin (SB# 325121)
**EMPLOYEE & CONSUMER ADVOCATES**
**OF NORTHERN CALIFORNIA PC**
520 Capitol Mall, Suite 150
Sacramento, CA 95814
Telephone: (916) 964-2472
Email: office@norcaladvocates.com

Attorneys for Plaintiff
MALA ASHOK

Julia B. Strickland (SBN 083013)
*strickland@steptoe.com*
Adam R. Hoock (SBN 340811)
*ahoock@steptoe.com*
Chaitra G. Betageri (SBN 312760)
*cbetageri@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, Suite 980
Los Angeles, CA 90067-3086
Telephone: 213 439 9400
Facsimile: 213 439 9599
Email: *docketing@steptoe.com*

Attorney for Defendant
CITIBANK, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALA ASHOK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK N.A., a California Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-01032-TLN-CSK<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: April 4, 2025 |

Plaintiff MALA ASHOK ("Plaintiff"), and Defendant CITIBANK N.A. ("Defendant") (collectively referred to herein as the "Parties") hereby agree and stipulate, by and through their counsel of record, as follows:

-1-

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

WHEREAS, on April 7, 2025, the Court issued its Initial Pretrial Scheduling Order (ECF No. 3) setting the case schedule. Under that order, the current deadline to complete fact discovery is May 9, 2026, (365 days after the filing of Defendant's Answer on May 9, 2025);

WHEREAS, the current deadline for initial expert witness disclosures is July 8, 2026, (60 days after fact discovery cutoff), with supplemental/rebuttal expert disclosures due by August 7, 2026, (30 days thereafter);

WHEREAS, dispositive motions are to be filed by November 5, 2026 (180 days after the discovery cutoff);

WHEREAS, no trial date has been set yet, and the Joint Notice of Trial Readiness is to be filed within 30 days after resolution of dispositive motions or, if no such motions are filed, by December 5, 2026;

WHEREAS, Plaintiff has conducted discovery, including serving interrogatories, requests for production of documents, and requests for admission, to which Defendant has responded, and the parties have met and conferred in good faith regarding those responses and other outstanding issues;

WHEREAS, both sides have discussed the need for further discovery, including the need for further written discovery and depositions;

WHEREAS, as a result of discovery, Defendant has asserted a potential need to amend and/or bring new pleadings, which would require motion practice;

WHEREAS, the parties have been and are actively engaged in settlement negotiations;

WHEREAS, Plaintiff's counsel was lead trial counsel in an unrelated civil jury trial in January-February 2026, which occupied several weeks of counsel's time and temporarily slowed discovery and settlement negotiations;

WHEREAS, the requested extension will allow adequate time to prepare for and complete discovery now that counsel's trial has concluded, without rushing or compromising on necessary discovery, and will enable the parties to focus on a potential resolution in the near term;

WHEREAS, if the case can be settled, it would obviate the need for further discovery and motion practice. Conversely, if settlement is not achieved, the extension ensures that remaining

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

discovery can be completed with the benefit of the additional time, rather than under the current imminent deadlines;

WHEREAS, this is the first request to modify the Scheduling Order's deadlines in this case. The Parties have not previously sought any extensions of the discovery period or other case management dates;

WHEREAS, the requested extension will not prejudice any party. Both sides agree to and seek this extension. Additionally, because no trial date or pretrial conference is yet scheduled, the 75-day extension of discovery and related deadlines will not necessitate rescheduling any trial. In short, the extension will not delay the ultimate resolution of the case; it will simply provide a reasonable enlargement of time for the parties to complete essential discovery and potentially facilitate a more meaningful settlement dialogue; and

WHEREAS, a proposed order reflecting the proposed schedule is included below for the Court's convenience, per Local Rule 143(b).  In accordance with Local Rule 137(b), an editable Microsoft Word version of this [Proposed] Order will be emailed to the Court's chambers.

WHEREFORE, subject to the Court's approval under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, the parties hereby stipulate and agree that the case schedule be modified as follows (all extensions are 75 days beyond the current dates):

1.      Fact Discovery Cutoff: extended from May 9, 2026 to July 23, 2026;

2.      Expert Witness Disclosures: extended from July 8, 2026 to September 21, 2026;

3.      Supplemental/Rebuttal Expert Disclosures: extended from August 7, 2026 to October 21, 2026; and

4.      Dispositive Motions Filing Deadline: extended from November 5, 2026 to January 19, 2027, (75 days later, to maintain the same interval after discovery).

**IT IS SO STIPULATED.**

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

EMPLOYEE & CONSUMER ADVOCATES
OF NORTHERN CALIFORNIA, PC

Dated: March 19, 2026                              By:/s/_____
                                                        Connor W. Olson
                                                        Brittany V. Berzin
                                                        Attorneys for Plaintiff
                                                        Mala Ashok

STEPTOE LLP

Dated: March 19, 2026                              By:/s/_____
                                                        Chaitra G. Betageri
                                                        Attorneys for Defendant
                                                        CITIBANK, N.A.

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

**ORDER**

GOOD CAUSE APPEARING, the parties' Joint Stipulation to Modify the Scheduling Order is GRANTED. The Initial Pretrial Scheduling Order (ECF No. 3) is hereby amended as follows:

1.    Fact Discovery Cutoff is extended from May 9, 2026 to July 23, 2026;

2.    Expert Witness Disclosures is extended from July 8, 2026 to September 21, 2026;

3.    Supplemental/Rebuttal Expert Disclosures is extended from August 7, 2026 to October 21, 2026; and

4.    Dispositive Motions Filing Deadline is extended from November 5, 2026 to January 19, 2027.

All other dates and requirements set forth in the Initial Pretrial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
Troy L. Nunley
Chief United States District Judge

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER